1  William R. Overend (State Bar No. 180209)
   REED SMITH LLP
2  Two Embarcadero Center
   Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 543-8700
4  Facsimile: (415) 391-8269

**E-filed 11/7/05**

5  Eugene LeDonne (admitted *pro hac vice*)
   REED SMITH LLP
6  599 Lexington Avenue
   New York, NY 10022
7  Telephone: (212) 521-5400
   Facsimile: (212) 521-5450
8
   Charles von Simson (admitted *pro hac vice*)
9  Attorney at Law
   62 William Street
10 New York, New York 10005
   Telephone: (212) 514-8645
11 Facsimile: (212) 514-8648

12 Counsel for Defendant and Counterclaim Plaintiff
   FOREX CAPITAL MARKETS LLC
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17 | CREATIVE SCIENCE SYSTEMS, INC., a | Case No. C0403746 JF (RS)
     California corporation,
18 |                                   | **STIPULATION AND [PROPOSED]
               Plaintiff,               ORDER MODIFYING CASE
19 |                                     MANAGEMENT DEADLINES**
         v.
20 | FOREX CAPITAL MARKETS LLC, a Delaware
     corporation, and REFCO GROUP, LTD. LLC, a
21 | Delaware corporation,

22 |          Defendant.

23

24 | AND RELATED COUNTERCLAIMS.

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12418300.1

The parties, by and through their undersigned counsel, hereby stipulate to modify various deadlines addressed in the Court's Minute Order dated August 8, 2005, in which it adopted the proposed case management dates set forth in the parties' most recently-filed Joint Case Management Statement and additionally set dates for the pretrial conference and trial.  Notably, the parties are not seeking to continue the dates for the pretrial conference and trial set by the Court.  However, the parties have realized that one of the dates set forth in their Joint Case Management Statement and adopted by the Court – specifically, the deadline for the last day to file and serve dispositive motions – had been listed erroneously in the Joint Case Management Statement.  The parties therefore stipulate to a new schedule that retains the pretrial conference and trial dates set by the Court but sets a new deadline re dispositive motions and adjusts other deadlines accordingly.  In addition, the parties' proposed schedule specifically addresses several of the deadlines set forth in Judge Fogel's Standing Order re Pretrial Preparation.  The specific deadlines to which the parties stipulate are set forth below:

12/1/05 (new date):  disclosure of expert names, resumes and topics of anticipated testimony

12/16/05 (previously 11/18/05):  non-expert discovery cut-off

12/22/05 (previously 12/9/05):  last day for disclosure of experts and exchange of initial expert reports under FRCP 26(a)(2)

1/13/06 (no change):  last day for exchange of rebuttal expert reports under FCRP 26(a)(2)(c)

1/17/06 (new date):  production of documents relied upon by expert

2/2/06 (previously 2/17/06):  expert discovery cut-off

2/3/06 (previously 10/17/05):  last day to file and serve dispositive motions

2/8/06 (date calendared per Pretrial Standing Order):  last day to meet and confer re pretrial conference, including all matters raised in Pretrial Standing Order

2/28/06 (date calendared per Pretrial Standing Order):  last day to file Joint Pretrial Conference Statement

3/3/06 (date calendared per Pretrial Standing Order):  last day to file/serve motions in limine

3/10/06:  pretrial conference; last day to hear dispositive motions

3/17/06:  trial

DATED:  October 14, 2005.

REED SMITH LLP

By  /s/  William R. Overend
William R. Overend
Attorneys for Defendant
Forex Capital Markets, LLC

DATED:  October 14, 2005.

BAKER & McKENZIE LLP

By  /s/  Scott H. Frewing
Scott H. Frewing
Attorneys for Plaintiff
Creative Science Systems, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 11/4/05                    /s/electronic signature authorized
Jeremy Fogel
United States District Judge

DOCSSFO-12418300.1

## PROOF OF SERVICE

I, Frances M. Say, declare: I am employed in the City and County of Santa Clara, California. I am over the age of 18 years and not a party to the within action. My business address is 660 Hansen Way, Palo Alto, CA 94304.

On October 14, 2005 I served the following:

- **STIPULATED AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT DEADLINES**

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

Charles von Simson, Esq.
62 William Street, 6th Floor
New York, NY 10005
Tel: (212) 514-8645
Fax: (212) 514-8648

Eugene LeDonne, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th floor
New York, NY 10022
(Not Registered as an E-Filer)

Steven M. Bockneck, Esq.
SCHIFF HARDIN LLP
623 Fifth Avenue, 28th Floor
New York, NY 10022
(Not registered as an E-Filer)

on the parties in this action, in a sealed envelope addressed as above:

☐ (VIA FACSIMILE) I caused each such document to be sent via facsimile to the number referenced above.

☒ (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE LLP, Palo Alto, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☒ (VIA ELECTRONIC TRANSMISSION) I caused each such document to be sent via electronic transmission to the e-mail address referenced above.

☐ (VIA FEDERAL EXPRESS) I caused each such envelope to be delivered via Federal Express overnight service to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on October 14, 2005.

_____
Frances M. Say

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1

PALDMS/295907.1

CASE NO. C04-3746 JF (RS)
STIPULATED PROTECTIVE ORDER