John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

\*\*E-Filed 12/22/05\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES AND TRIAL DATE** |

No.: C 04 03746 JF (RS)　　　　　　　　– 1 –

Stipulation and Order Continuing Case Management Deadlines And Trial Date

DOCSSFO-12424793.1

The parties, by and through their undersigned counsel, hereby stipulate to continue various deadlines set in the Court's Order dated November 4, 2005, based upon a stipulation of the parties.

Since the Court entered the November 4, 2005 Order, the parties have been engaged in extensive meet and confer discussions regarding various discovery disputes. The parties have made significant progress toward resolving certain of those disputes and have fully resolved a variety of issues. Certain remaining discovery disputes have been raised in Motions to Compel by each Party. As to those remaining disputes, the parties continue to meet and confer and remain hopeful that they will significantly narrow, if not fully resolve, many of the outstanding discovery issues.

Despite the significant progress the parties have made during their meet and confer efforts, each party strongly believes that it does not have materials that are necessary to prepare its initial expert reports, which are due on December 22, 2005 under the current schedule. Accordingly, the parties stipulate to continue the case management schedule and trial date by approximately thirty (30) days in order to hopefully obtain and review materials necessary for their experts to prepare their initial reports. Unfortunately, merely continuing the existing expert disclosure schedule without continuing the trial date as well would make it virtually impossible to comply with other pretrial dates; the parties note that this is the first time they have requested a continuance of the trial date. The parties further note that, in addition to the requested trial date of April 17, 2006, they would be equally satisfied with a trial date of April 24, 2006, if such a date is convenient for the Court. However, if the Court is unable to schedule the trial on either of those dates, based on pre-existing trial or other obligations, the parties request that trial *not* be scheduled during any of the following time frames: May 1, 2006 through June 23, 2006 or July 15, 2006 through August 15, 2006. Plaintiff's counsel currently has another trial scheduled for May, 2006 in the United States District Court for the Eastern District of California in the case of *E.J. Gallo Winery v. Andina*

*Licores, S.A.* ( No. Civ-F-05-0101 AWI), and Defendant's counsel is unavailable during the period July 15 to August 15. The specific deadlines to which the parties stipulate are set forth below:

       1/23/06 (previously 12/22/05): last day for exchange of initial expert reports under FRCP 26(a)(2)

       1/27/06 (new date): last day for identification of rebuttal experts

       2/13/06 (previously 1/13/06): last day for exchange of rebuttal expert reports under FCRP 26(a)(2)(c)

       2/17/06 (previously 1/17/06): production of documents relied upon by expert

       3/2/06 (previously 2/2/06): expert discovery cut-off

       3/3/06 (previously 2/3/06): last day to file and serve dispositive motions

       3/8/06 (previously 2/8/06; date calendared per Pretrial Standing Order): last day to meet and confer re pretrial conference, including all matters raised in Pretrial Standing Order

       3/28/06 (previously 2/28/06; date calendared per Pretrial Standing Order): last day to file Joint Pretrial Conference Statement

       3/31/06 (previously 3/3/06; date calendared per Pretrial Standing Order): last day to file/serve motions in limine

       4/7/06, at 11:00 a.m.: pretrial conference; last day to hear dispositive motions

       4/17/06: trial

DATED: December 21, 2005.

REED SMITH LLP

By /s/
William R. Overend
Attorneys for Defendant
Forex Capital Markets, LLC

DATED: December 21, 2005.

BAKER & McKENZIE LLP

By /s/
Scott H. Frewing
Attorneys for Plaintiff
Creative Science Systems, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 12/22/05                    /s/ electronic signature authorized
JEREMY FOGEL
United States District Judge