1  John P. Bovich  (SBN 150688)
   William Ross Overend (SBN 180209)
2  Jonah D. Mitchell (SBN 203511)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
   Telephone:    415.543.8700
7  Facsimile:    415.391.8269

8  Eugene LeDonne (admitted *pro hac vice*)
   REED SMITH LLP
9  599 Lexington Avenue
   New York, NY 10022
10 Telephone: (212) 521-5400
   Facsimile: (212) 521-5450
11
   Charles von Simson (admitted *pro hac vice*)
12 Attorney at Law
   62 William Street
13 New York, New York 10005
   Telephone: (212) 514-8645
14 Facsimile: (212) 514-8648

15 Attorneys for Defendant and Counterclaim Plaintiff
   FOREX CAPITAL MARKETS LLC

\*E-FILED 1/4/06\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE FOR MOTIONS TO COMPEL FILED BY BOTH PLAINTIFF AND DEFENDANT**<br><br>Date:  January 25, 2006<br>Time:  9:30 a.m.<br>Place:  Courtroom 4<br><br>Honorable Richard Seeborg |

1   On or about December 19, 2005, Plaintiff and Counterclaim Defendant Creative Science Systems, Inc. ("CSS") filed a Motion to Compel Further Responses to Interrogatories and Requests for Production of Documents and for Sanctions. On or about December 21, 2005, Defendant and Counterclaimant Forex Capital Markets LLC ("FXCM") filed a Motion to Compel Further Responses to Requests for Production of Documents. The hearing date on both parties' Motions to Compel are set for January 25, 2006, with the respective Opposition briefs due by January 4, 2006, and Reply briefs due by January 11, 2006.

Prior to and since filing their respective Motions to Compel, the parties have been engaged in extensive meet and confer discussions regarding their discovery disputes. As a result of those efforts, the parties already have made significant progress toward resolving certain of those disputes and have fully resolved a variety of issues. The parties believe that, within a week, they can narrow or resolve most of the remaining disputes that are the subject of their respective Motions to Compel. As such, the parties jointly request a one-week extension of the deadlines for the briefing schedule for both Motions to Compel, leaving the original hearing date intact. The parties believe that such an extension will promote judicial economy by significantly narrowing or eliminating the issues before the Court. The specific schedule requested by the parties is as follows:

1/11/06 (previously 1/4/06):  last day for CSS and FXCM to file and serve Opposition briefs to their respective Motions to Compel

1/18/06 (previously 1/11/06):  last day for CSS and FXCM to file and serve Reply briefs, if any, in support of their respective Motions to Compel

1/25/06 (unchanged):  hearing on CSS and FXCM's Motions to Compel

No.: C 04 03746 JF (RS)                – 1 –

Stipulation and [Proposed] Order Continuing Briefing Schedules for Motions to Compel   DOCSSFO-12425366.1

DATED: January 4, 2006.

REED SMITH LLP

By /s/
William R. Overend
Attorneys for Defendant
Forex Capital Markets, LLC

DATED: January 4, 2006.

BAKER & McKENZIE LLP

By /s/
Scott H. Frewing
Attorneys for Plaintiff
Creative Science Systems, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 1/4/06        /s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge