John P. Bovich  (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

*E-FILED 1/11/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF CREATIVE SCIENCE SYSTEMS, INC.'S MOTION TO COMPEL**<br><br>Date:  January 25, 2006<br>Time:  9:30 a.m.<br>Place:  Courtroom 4<br><br>Honorable Richard Seeborg |

On or about December 19, 2005, Plaintiff and Counterclaim Defendant Creative Science Systems, Inc. ("CSS") filed a Motion to Compel Further Responses to Interrogatories and Requests for Production of Documents and for Sanctions.  On or about December 21, 2005, Defendant and Counterclaimant Forex Capital Markets LLC ("FXCM") filed a Motion to Compel Further Responses to Requests for Production of Documents and for Sanctions.  Pursuant to a Stipulation and Proposed Order filed by the parties and entered by the Court on January 4, 2006, the hearing date for both parties' Motions to Compel is presently set for January 25, 2006, with the respective Opposition briefs due by January 11, 2006, and Reply briefs due by January 18, 2006.

Since filing their prior Stipulation and Proposed Order on January 4, 2006, CSS has produced additional materials which have resolved the issues subject to FXCM's Motion to Compel, and FXCM will withdraw that Motion as a result.  Moreover, FXCM has produced additional materials which it believes fully resolve the issues raised in CSS' Motion to Compel.  Although CSS already has been reviewing FXCM's supplemental submissions, it has not had sufficient time to complete that review in order to inform FXCM whether it agrees that the issues raised in CSS' Motion to Compel are resolved fully, and to determine whether it will seek the sanctions requested in its motion.  Because it would be a waste of the resources of the Court and the parties if FXCM were required to file an Opposition brief regarding issues that may be moot, the parties agree that a continuance of the hearing date and briefing schedule serves the interests of judicial economy.  The parties believe that such an extension will significantly narrow or eliminate the issues before the Court.  Accordingly, the parties hereby stipulate to the following hearing date and briefing schedule for CSS' Motion to Compel:

1/18/06 (previously 1/11/06):  last day for FXCM to file and serve its Opposition to CSS' Motion to Compel

1/25/06 (previously 1/18/06):  last day for CSS to file and serve Reply brief, if any, in support of its Motions to Compel

No.: C 04 03746 JF (RS)                          – 1 –

Stipulation and [Proposed] Order Continuing Briefing Schedule and Hearing Date for Motion to Compel

DOCSSFO-12425835.1

2/1/06 (previously 1/25/06):  hearing on CSS' Motion to Compel.

DATED:  January 10, 2006.

                REED SMITH LLP

                By  /s/
                    William R. Overend
                    Attorneys for Defendant
                    Forex Capital Markets, LLC

DATED:  January 10, 2006.

                BAKER & McKENZIE LLP

                By  /s/
                    Scott H. Frewing
                    Attorneys for Plaintiff
                    Creative Science Systems, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: January 11, 2006      /s/ Richard Seeborg
                                          RICHARD SEEBORG
                                          United States Magistrate Judge