John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:    415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
Forex Capital Markets LLC

\*\*E-filed 1/25/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING THE TIME BY WHICH FOREX CAPITAL MARKETS LLC'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS IS HEARD**<br><br>Honorable Jeremy Fogel |

1  The parties, by and through their undersigned counsel, hereby stipulate to shorten the time by
2  which Forex Capital Markets LLC's ("FXCM") Motion for Leave to Amend Answer and
3  Counterclaims is Heard.

5  On January 12, 2006, FXCM requested Creative Science Systems, Inc.'s ("CSS") stipulation
6  for FXCM to file an Amended Answer and Counterclaims which would add counterclaims for (1)
7  Deceit, (2) Supression of Fact, (3) Promise Made Without Intention to Perform and (4) Negligent
8  Misrepresentation.  CSS thereafter denied FXCM's request.  Accordingly, FXCM is proceeding with
9  a Motion for Leave to Amend, a copy of which is being filed concurrently herewith.

11  Although the parties disagree whether FXCM should be granted leave to amend its Answer
12  and Counterclaims, they are in agreement that, in light of the current case management schedule,
13  FXCM's Motion for Leave to Amend is most efficiently heard on a shortened schedule.  Trial in this
14  action is set for April 17, 2006, approximately three months from now.  Additional deadlines under
15  the case management schedule are approaching.  The earliest date available from the Court on a
16  regularly noticed schedule for the Motion for Leave to Amend is not until March 10, 2006,
17  approximately one month before trial.  Therefore, the parties believe an abbreviated schedule is the
18  best means by which to resolve FXCM's Motion for Leave to Amend.

20  Accordingly, the parties stipulate to the following schedule for FXCM's Motion for Leave to
21  Amend:

23  January 23, 2006:  deadline for FXCM to file and serve Motion for Leave to Amend and
24  supporting documents.

26  February 1, 2006:  deadline for CSS to file and serve its Opposition to Motion for Leave to
27  Amend.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 04 03746 JF (RS)  – 1 –  DOCSSFO-12427753.1-JMITCHELL 1/23/06 2:05 PM
STIPULATION AND [PROPOSED] ORDER SHORTENING THE TIME BY WHICH FOREX CAPITAL MARKETS
LLC'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS IS HEARD

1   February 6, 2006: deadline for FXCM to file and serve its Reply papers.

3   February 10, 2006, at 9:00 a.m.: hearing on FXCM's Motion for Leave to Amend.

5   The schedule for FXCM's Motion to Leave to Amend will have no effect on any other
6   deadlines in the case.

    DATED: January 23, 2006.
                                    REED SMITH LLP


                                    By____/s/ John P. Bovich_____
                                        John P. Bovich
                                        Attorneys for Defendant
                                        Forex Capital Markets LLC

    DATED: January 23, 2006.

                                    BAKER & McKENZIE LLP


                                    By____/s/ Scott H. Frewing_____
                                        Scott H. Frewing
                                        Attorneys for Plaintiff
                                        Creative Science Systems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___1/25/06_____, 2006.

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE