**\*E-FILED 1/26/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., | NO. 5:04-cv-3746 JF (RS) |
| Plaintiff, | **ORDER REMOVING PLAINTIFF'S MOTION TO COMPEL FROM THE CALENDAR AND SUBMITTING MOTION FOR SANCTIONS ON THE PAPERS** |
| v. | |
| FOREX CAPITAL MARKETS, LLC., ET AL., | |
| Defendants. | |

Plaintiff Creative Science Systems, Inc. ("Creative") moves to take its motion to compel, presently scheduled for hearing on February 1, 2006, off calendar. Good cause appearing therfor, the motion to compel is removed from the Court's calendar. Creative's pending motion for sanctions is submitted on the papers without oral argument, pursuant to Civil L.R. 7-1(b).

IT IS SO ORDERED.

Dated: 1/26/06

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

John P. Bivouac    jbovich@reedsmith.com, ehaase@reedsmith.com

Robert T. Cruzes    rcruzen@howardrice.com,

Scott H. Forewing    scott.h.frewing@bakernet.com, diane.e.pierson@bakernet.com; renata.thorgersen@bakernet.com; fsay@bakernet.com

Tod L. Galen    tod.l.gamlen@bakernet.com, frances.m.say@bakernet.com; renata.m.thorgersen@bakernet.com

Martin R. Glick    mglick@howardrice.com,

Jonah D. Mitchell    jmitchell@reedsmith.com, Drothschild@reedsmith.com

William R. Over end    woverend@reedsmith.com, nctuttle@reedsmith.com

Maxim H. Waldbaum    mwaldbaum@schiffhardin.com, jsanchez@schiffhardin.com

Keith L. Wurster    keith.l.wurster@bakernet.com, rebecca.l.kraus@bakernet.com

**Dated: 1/26/06**                                          **Chambers of Judge Richard Seeborg**

**By:**     **/s/ BAK**