John P. Bovich (SBN 1500688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:    415.543.8700
Facsimile:     415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

**E-filed 2/9/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>[**PROPOSED**] **ORDER ALLOWING DEFENDANTS TO BRING DEMOSTRATIVE EVIDENCE TO COURTROOM FOR CLAIM CONSTRUCTION HEARING**<br><br>Date:           Feburary 10, 2006<br>Time:          9:00 a.m.<br>Place:         Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |

Defendant Forex Capital Markets LLC has requested permission to bring a certain item into this Courtroom for The Claim Construction hearing scheduled to begin at 10:00 a.m., on February 10, 2006. In particular, the item for which Defendant requests permission is as follows:

1. 1 laptop computer.

After consideration of Defendant's request, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant be permitted to bring the aforementioned item into the Courthouse and into this Courtroom on February 10, 2006.

**IT IS SO ORDERED**.

Dated:   2/9/06

_____
Honorable Jeremy Fogel
United States District Court Judge