John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:    415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
Forex Capital Markets LLC

\*\*E-filed 2/13/06\*\*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>[~~PROPOSED~~] **ORDER SEALING DOCUMENTS**<br><br>Honorable Jeremy Fogel |

1  Having considered Creative Science Systems, Inc.'s Motion for Administrative Relief and
2  Issuance of an Order to File Specified Documents in Support of Creative Science Systems, Inc.'s
3  Opposition to Forex Capital Market LLC's Motion for Leave to Amend Under Seal ("Opposition"),
4  as well as the Declaration of Jonah D. Mitchell submitted by Forex Capital Markets LLC ("FXCM")
5  in Support of the Request to File Documents Under Seal, the Court finds that good cause exists for
6  an order sealing Exhibits 9 to the Declaration of Scott Frewing submitted in support of CSS'
7  Opposition.  Accordingly, it is HEREBY ORDERED that Exhibit 9 shall be filed under seal.

**IT IS SO ORDERED.**

DATED: ____ 2/10/06 _____, 2006.

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE