John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:   415.543.8700
Facsimile:   415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
Forex Capital Markets LLC

**E-filed 3/20/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS<br><br>Honorable Jeremy Fogel |

1  Having considered Forex Capital Markets LLC's Administrative Motion to File Documents
2  Under Seal, as well as the Declaration of Jonah D. Mitchell submitted by Forex Capital Markets
3  LLC ("FXCM") in Support of the Request to File Documents Under Seal, the Court finds that good
4  cause exists for an order sealing documents. Accordingly, it is HEREBY ORDERED that Exhibits
5  C, D, E and F to the Declaration of Jonah D. Mitchell in support of FXCM's Opposition to Creative
6  Science Systems, Inc.'s Motion for Sanctions, and the Declaration of Barbara Frederiksen in support
7  of FXCM's Opposition to Creative Systems, Inc.'s Motion for Sanctions shall be filed under seal.

**IT IS SO ORDERED.**

DATED: __3/20_____, 2006.

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

No.: C 04 03746 JF (RS)  — 1 —  DOCSSFO-12432545.1-JMITCHELL 3/10/06 2:51 PM

[PROPOSED] ORDER SEALING DOCUMENTS