1   Tod L. Gamlen, State Bar No. 83458
    Scott H. Frewing, State Bar No. 191311
2   Keith L. Wurster, State Bar No. 198918
    Kelly E. Going, State Bar No. 233355
3   **BAKER & McKENZIE LLP**
    660 Hansen Way
4   Palo Alto, CA  94304-1044
    Telephone: +1 650 856 2400
5   Facsimile:  +1 650 856 9299
    tod.l.gamlen@bakernet.com
6   scott.h.frewing@bakernet.com
    keith.l.wurster@bakernet.com
7   kelly.going@bakernet.com

8   Attorneys for Plaintiff
    CREATIVE SCIENCE SYSTEMS, INC.
9

                     **E-filed 3/23/06**

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12   CREATIVE SCIENCE SYSTEMS, INC., a          **Case No.  C04-03746 JF**
     California corporation,
13                                              **[PROPOSED] ORDER GRANTING**
                Plaintiff,                      **ADMINISTRATIVE RELIEF TO FILE**
14                                              **UNDER SEAL SPECIFIED**
         v.                                     **DOCUMENTS IN REPLY TO**
15                                              **CREATIVE SCIENCE SYSTEMS,**
     FOREX CAPITAL MARKETS, LLC, a              **INC.'S MOTION FOR SANCTIONS**
16   Delaware corporation, and REFCO GROUP      **FOR FAILURE TO PRESERVE**
     LTD., LLC, a Delaware corporation,         **EVIDENCE**
17
                Defendants.
18

19

20        The Court has reviewed the motion presented by Creative Science Systems, Inc. ("Creative

21   Science") and all supporting papers filed therewith.  For the reasons set forth below, the Court grants

22   administrative relief to file under seal specified documents in Reply to Creative Science's Motion for

23   Sanctions for Failure to Preserve Evidence.

24        After consideration of the moving papers, and since there appears to be no opposition and

25   good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

26        1.        This Court authorizes the sealing of Exhibits C, D and F, lodged herewith by Creative

27   Science pursuant to Local Rule 79-5, that have been designated by FXCM as "confidential" pursuant

28   to the terms of a stipulated protective order entered by this Court on October 13, 2005.

                                              1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

                                                          CASE NO. C04-3746 JF
                        [PROPOSED] ORDER AUTHORIZING FILING OF DOCUMENTS UNDER SEAL
PALDMS/309508.1

1   Specifically, this Court grants Creative Science the authorization to file under seal

2   **EXHIBITS C, D and F** to the Reply Declaration of Scott H. Frewing, which are, respectively,

3   exhibits 7 and 8 to the deposition of FXCM expert Ms. Barbara Frederiksen and the relevant

4   portions of the transcript of Yuri Miroshnikov's November 16, 2005 deposition and exhibit 83

5   thereto.  This Court finds that these documents are directly relevant to the subject of Creative

6   Science' Motion for Sanctions for Failure to Preserve Evidence.

7       This Court also finds that, given that the documents in question were designated as

8   "confidential" by FXCM pursuant to the terms of the Stipulated Protective Order entered by this

9   Court on October 13, 2005, Creative Science had no choice but to move for an order to file the

10  documents lodged herewith under seal.  Accordingly, this Court orders that the lodged documents,

11  described herein as EXHIBITS C, D and F to the March 17, 2006 Reply Declaration of Scott H.

12  Frewing in Support of Creative Science' Motion for Sanctions for Failure to Preserve Evidence, be

13  filed under seal.

14      IT IS SO ORDERED.

15

16
    Dated: _____March 23_____, 2006

17  _____
    UNITED STATES DISTRICT COURT JUDGE
18  JEREMY FOGEL

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/309508.1

CASE NO. C04-3746 JF
[PROPOSED] ORDER AUTHORIZING FILING OF DOCUMENTS UNDER SEAL