John P. Bovich  (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

**E-filed 5/1/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants. | No.: C 04 03746 JF (RS)<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES AND TRIAL DATE** |
| AND RELATED COUNTERCLAIMS. | |

The parties, by and through their undersigned counsel, hereby stipulate to continue various deadlines set in the prior Stipulation And Order Continuing Case Management Deadlines And Trial Date, dated December 22, 2005 as well as the Court's Order Granting CSS' Motion for Leave to Amend Answer and Counterclaims, dated February 10, 2006 for the reasons set forth below.

On April 4, 2006, the Court entered its Order Granting in Part and Denying in Part Plaintiff's Motion for Sanctions (the "Order").  The Order contemplates further forensic analysis on certain computer servers.  As mentioned during the hearing on this motion, the parties submit that the further work will necessitate a brief extension of the approaching trial deadline.  This is especially true since expert discovery is about to close and the further work contemplated by the Order will be performed by experts and will likely be the subject of additional expert opinions and possibly depositions.

The parties have met and conferred in good faith and have agreed to an extension of dates which will allow for the additional work to be completed.  The parties therefore respectfully submit the following revised schedule and hereby ask the Court to approve of it:

| Action | Old Date | New Date |
|---|---|---|
| Deadline for Completing Review of Additional Hard Drives Pursuant to Court Order dated April 4, 2006 | | 6/22/06 |
| Deadline For New Expert Reports (if Deemed Necessary) Limited Solely to Issues Raised By Review of Additional Hard | | 6/30/06 |

| | | |
|---|---|---|
| Drives | | |
| Deadline For New Rebuttal Expert Reports (if Deemed Necessary) Limited Solely to Issues Raised By New Expert Reports | | 7/14/06 |
| Production of expert documents | 4/3/06 | 7/17/06 |
| Expert discovery cut-off | 4/17/06 | 8/04/06 |
| Last day to file and serve dispositive motions | 4/18/06 | 8/18/06 |
| Last day to meet and confer re pretrial conference, including all matters raised in Pretrial Standing Order | 4/24/06 | 9/18/06 |
| Last day to hear dispositive motions | 5/26/06 | 9/22/06 |
| Last day to file Joint Pretrial Conference Statement | 5/12/06 | 10/02/06 |
| Last day to file/serve motions in limine | 5/15/06 | 10/08/06 |
| Pretrial conference | 6/2/06 | 10/20/06 |
| Trial at 1:30 PM | 6/16/06 | 11/3/06 |

DATED: April 13, 2006.

REED SMITH LLP

By     /s/
    John P. Bovich
    Attorneys for Defendant
    Forex Capital Markets, LLC

DATED: April 13, 2006.

BAKER & McKENZIE LLP

By     /s/
    Scott H. Frewing
    Attorneys for Plaintiff
    Creative Science Systems, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 4/27/06

JEREMY FOGEL
United States District Judge