**E-filed 6/7/06**

FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
CREATIVE SCIENCE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation, <br><br> Plaintiff <br> v. <br><br> FOREX CAPITAL MARKETS, LLC, a Delaware corporation, and REFCO GROUP LTD., a Delaware corporation, <br><br> Defendants | Case No.: 04-cv-03746 JF <br><br> **SUBSTITUTION OF ATTORNEYS** |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  PLEASE TAKE NOTICE that Plaintiff Creative Science Systems, Inc. hereby substitute
3  Frank F. Sommers of the law firm Sommers & Schwartz LLP, 550 California Street, Sacramento
4  Street Tower, Suite 700, San Francisco, California 94104, Telephone number (415) 955-0925,
5  California Bar Number 109012, as attorney of record in place and stead of Baker & McKenzie
6  LLP, their prior attorneys of record.

8  Dated:                                   By: _____
                                                Scott H. Frewing
9                                               Baker & McKenzie LLP

11 Dated:                                   By: _____
                                                Tae Oh, CEO,
12                                              Creative Science Systems, Inc.

13 Dated:                                   By: _____
14                                              Frank F. Sommers,
                                                Sommers & Schwartz LLP

16
17    IT IS SO ORDERED

18 Dated:  6/5/06                           _____
                                            Judge, United States District Court
19                                          Northern District of California