John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:   415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
Forex Capital Markets LLC

**E-filed 6/19/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING THE TIME BY WHICH FOREX CAPITAL MARKETS LLC'S MOTION FOR LEAVE TO AMEND SCHEDULING ORDER TO CONTINUE PRETRIAL AND TRIAL DATES MAY BE HEARD**<br><br>Honorable Jeremy Fogel |

1    The parties, by and through their undersigned counsel, hereby stipulate to shorten the
2    time by which Defendant Forex Capital Markets LLC's ("FXCM") Motion for Leave to Amend
3    Scheduling Order to Continue Pretrial and Trial Dates may be heard.

5    In early June 2006, FXCM requested Plaintiff Creative Science Systems, Inc.'s
6    ("CSS") stipulation for FXCM to continue the pretrial and trial dates currently scheduled in this
7    action. CSS thereafter denied FXCM's request. Accordingly, FXCM is proceeding with a Motion
8    for Leave to Amend Scheduling Order to Continue Pretrial and Trial Dates, which is being filed
9    concurrently herewith.

11   Although the parties disagree whether FXCM should be granted leave to amend the
12   existing Scheduling Order to continue pretrial and trial dates, they are in agreement that, in light of
13   the current case schedule, FXCM's Motion for Leave to Amend is most efficiently heard on
14   shortened time. Trial in this action is set for November 3, 2006, and additional deadlines under the
15   case management schedule are approaching. For example, there is presently an August 4, 2006
16   deadline for completing all expert discovery that could be impacted by FXCM's Motion, thereby
17   significantly impacting the work of both parties and their experts in the pending weeks. The earliest
18   date available from the Court on a regularly noticed schedule for the Motion for Leave to Amend is
19   not until July 21, 2006, approximately two weeks before the present close of expert discovery and
20   one month before the present deadline for filing dispositive motions. Therefore, the parties believe
21   an abbreviated schedule is the best means by which to resolve FXCM's Motion for Leave to Amend,
22   so that both parties and their experts may plan accordingly.

24   Accordingly, the parties stipulate to the following schedule for FXCM's Motion for
25   Leave to Amend:

27   June 16, 2006: deadline for FXCM to file and serve Motion for Leave to Amend and
28   supporting documents.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 04 03746 JF (RS)   – 1 –   DOCSSFO-12442705.1-WOVEREND
STIPULATION AND [PROPOSED] ORDER SHORTENING THE TIME BY WHICH FXCM'S MOTION FOR
LEAVE TO AMEND SCHEDULING ORDER TO CONTINUE PRETRIAL AND TRIAL DATES MAY BE HEARD

June 22, 2006:  deadline for CSS to file and serve its Opposition to Motion for Leave to Amend.

June 29, 2006:  deadline for FXCM to file and serve its Reply papers.

July 7, 2006, at 9:00 a.m.:  hearing on FXCM's Motion for Leave to Amend.

The above briefing and hearing schedule for FXCM's Motion to Leave to Amend will have no effect on any other deadlines in the case.

DATED:  June 16, 2006.

REED SMITH LLP

By    /s/ William R. Overend
    William R. Overend
    Attorneys for Defendant
    Forex Capital Markets LLC

DATED:  June 16, 2006.

SOMMERS & SCHWARTZ LLP

By    /s/ Frank F. Sommers
    Frank F. Sommers
    Attorneys for Plaintiff
    Creative Science Systems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   June 19        , 2006.

_____
JEREMY FOGEL
United States District Judge