**E-Filed 7/7/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREX CAPITAL MARKETS, LLC, et al., <br><br> Defendants. | Case Number C 04-03746 JF (RS) <br><br> ORDER[1] GRANTING IN PART DEFENDANT'S MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER TO CONTINUE PRETRIAL AND TRIAL DATES AND SETTING CASE MANAGEMENT SCHEDULE <br><br> [re: docket no. 192] |

Defendant Forex Capital Markets LLC ("FXCM") moves for leave to amend the scheduling order to continue pretrial and trial dates. On April 4, 2006, this Court issued an Order granting in part the motion of Plaintiff Creative Science Systems ("CSS") for sanctions, instructing the parties to meet and confer with respect to analysis of FXCM's servers. On April 27, 2006, this Court issued a scheduling order, adopting the proposed scheduling order submitted by the parties. This order includes a trial date of November 3, 2006. FXCM seeks to continue the trial date until February 9, 2007, and related pretrial dates accordingly. The Court has

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 04-03746 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER TO CONTINUE PRETRIAL AND TRIAL DATES AND SETTING CASE MANAGEMENT SCHEDULE
(JFLC1)

considered the matter without oral argument, pursuant to Civil Local Rule 7-1(b), and will grant the motion in part.

Barbara Fredricksen is FXCM's only technical expert. In late April, 2006 (after the parties submitted their proposed schedule), Fredricksen learned that her business partner, Andy Johnson-Laird, had been diagnosed with bladder cancer. On May 4, 2006, Johnson-Laird underwent surgery. Approximately a week later, Fredricksen learned that the cancer had spread and that Johnson-Laird would need a second, more aggressive surgery. At that point, it was determined that Fredricksen would need to take over Johnson-Laird's work responsibilities. In January 2004, Johnson-Laird committed to testifying in *Ricoh Corporation v. Pitney Bowes Inc.*, filed in the District of New Jersey. This is a complex patent infringement case involving five patents, twenty-three asserted claims, and twenty accused products. The trial is scheduled to begin on October 30, 2006 and run through November 24, 2006. On the chance that the *Ricoh* case runs longer than expected, back-up dates through December 19, 2006 have been reserved. Thus, Fredricksen is obligated to be available for that trial during November and most of December, 2006. *See* Declaration of Barbara Fredricksen in Support of Forex Capital Markets LLC's Motion for Leave to Amend Scheduling Order to Continue Pretrial and Trial Dates; *see also*, Supplemental Declaration of Barbara Fredricksen in Support of Forex Capital Markets LLC's Motion for Leave to Amend Scheduling Order to Continue Pretrial and Trial Dates.

In light of Fredricksen's unexpected unavailability, the Court concludes that a continuance of the trial until early February and an extension of the case management dates is appropriate. CSS argues that if the trial date is continued by ninety (90) days, all dates should be continued by the same amount of time. The Court agrees with CSS that, especially in light of the fact that CSS has retained new counsel, the dates for filing and hearing dispositive motions should also be extended. However, FXCM's argument that it would be useful to have more time between the motion hearing date and the beginning of trial in order to allow the Court to rule and the parties to plan accordingly, is persuasive. Accordingly, the Court will extend the dates for filing and hearing dispositive motions by approximately sixty (60) days. Considering that the

Case No. C 04-03746 JF (RS)
ORDER  GRANTING IN PART DEFENDANT'S MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER TO CONTINUE PRETRIAL AND TRIAL DATES AND SETTING CASE MANAGEMENT SCHEDULE
(JFLC1)

additional discovery and expert analysis of FXCM's servers is already in process, the Court will modify these dates only as stipulated by the parties.

The Court will set the new case management deadlines as follows:

|  | **Old Date** | **FXCM's Proposed Date** | **New Date** |
|---|---|---|---|
| Deadline for completing review of additional hard drives | 6/22/06 | 6/23/06 (stipulated) | 6/23/06 |
| Deadline for new expert reports (if necessary) limited solely to issues raised by review of additional hard drives | 6/30/06 | 7/5/06 (stipulated) | 7/5/06 |
| Deadline for new rebuttal expert reports (if necessary) | 7/14/06 | 7/19/06 (stipulated) | 7/19/06 |
| Production of documents relied upon by expert | 7/17/06 | 7/17/06 | 7/17/06 |
| Expert discovery cut-off | 8/4/06 | 8/4/06 | 8/4/06 |
| Last day to file and serve dispositive motions | 8/18/06 | 8/18/06 | 10/13/06 |
| Last day to hear dispositive motions | 9/22/06 | 9/22/06 | 11/17/06 |
| Last day to meet and confer re pretrial conference | 9/18/06 | 11/13/06 | 1/9/07 |
| Last day to file Joint Pretrial Conference Statement | 10/2/06 | 11/27/06 | 1/19/07 |
| Last day to file/serve motions in limine | 10/8/06 | 12/4/06 | 1/22/07 |
| Pretrial conference, 11:00 am | 10/20/06 | 12/15/06 | 1/29/07 |
| Trial at 1:30 pm | 11/3/06 | 2/9/07 | 2/9/07 |

IT IS SO ORDERED.

DATED: July 7, 2006

_____
JEREMY FOGEL
United States District Judge

3

Case No. C 04-03746 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER TO CONTINUE PRETRIAL AND TRIAL DATES AND SETTING CASE MANAGEMENT SCHEDULE
(JFLC1)

1  This Order has been served upon the following persons:

2  John P. Bovich          jbovich@reedsmith.com, edorrington@reedsmith.com

3  Robert T. Cruzen        rcruzen@howardrice.com,

4  Martin R. Glick         mglick@howardrice.com,

5  Jonah D. Mitchell       jmitchell@reedsmith.com, Drothschild@reedsmith.com

6  William R. Overend      woverend@reedsmith.com, nctuttle@reedsmith.com

7  Frank F. Sommers, IV    ffs@sommersschwartz.com, drh@sommersschwartz.com, ahs@sommersschwartz.com

8  Maxim H. Waldbaum       mwaldbaum@schiffhardin.com, jsanchez@schiffhardin.com

4

Case No. C 04-03746 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER TO CONTINUE PRETRIAL AND TRIAL DATES AND SETTING CASE MANAGEMENT SCHEDULE
(JFLC1)