**E-filed 7/27/06**

John P. Bovich (SBN 150688)
William R. Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>               Plaintiff,<br><br>     vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR EXPERT DISCOVERY CUT-OFF** |

On July 7, 2006, the Court granted in part Defendant Forex Capital Markets, LLC's ("FXCM") Motion for Leave to Amend Scheduling Order to Continue Pretrial and Trial Dates. The Court issued an Order on that date setting forth new case management deadlines, including a new trial date of February 9, 2006. [*See* Docket No. 202.]

After the Court issued that Order, Plaintiff Creative Science Systems, Inc. ("CSS") requested that FXCM stipulate to an extension of the expert discovery cut-off deadline based on scheduling difficulties faced by CSS' counsel and its experts. FXCM agreed to such a stipulation on the condition that the parties agree on a schedule for expert depositions that would ensure that all such depositions would be completed before any new stipulated expert discovery cut-off. The parties have now reached such an agreement on expert deposition scheduling, and FXCM is therefore willing to stipulate the extension requested by CSS.

Accordingly, the parties, by and through their undersigned counsel, hereby stipulate to continue the expert discovery cut-off deadline as follows:

Expert discovery cut-off: September 22, 2006 (previously August 4, 2006).

This stipulated continuance will not affect any other remaining dates in the Court's July 7, 2006 Order, including the existing pretrial and trial dates.

DATED: July 25, 2006.

REED SMITH LLP

By     /s/ William R. Overend
    William R. Overend
    Attorneys for Defendant
    Forex Capital Markets LLC

DATED: July 25, 2006.

SOMMERS & SCHWARTZ LLP

By   /s/ Frank F. Sommers
    Frank F. Sommers
    Attorneys for Plaintiff
    Creative Science Systems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __7/27_____, 2006

_____
JEREMY FOGEL
United States District Judge