John P. Bovich (SBN 150688)
William R. Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

**\*\*E-filed 10/6/06\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT BRIEFING** |

No.: C 04 03746 JF (RS)                                  — 1 —

On July 7, 2006, the Court granted in part Defendant Forex Capital Markets, LLC's ("FXCM") Motion for Leave to Amend Scheduling Order to Continue Pretrial and Trial Dates. The Court issued an Order on that date setting forth new case management deadlines, including a new trial date of February 9, 2006. [*See* Docket No. 202.]

After the Court issued that Order, Plaintiff Creative Science Systems, Inc. ("CSS") and FXCM have arrived at the following stipulation to modify the summary judgment briefing dates without modifying the date on the Court's calendar for the hearing on those motions.

Accordingly, the parties, by and through their undersigned counsel, hereby stipulate to set the following dates for the briefing of the parties' respective summary judgment motions and responses thereto:

1) Last day for both sides to file/serve any summary judgment motions – October 17, 2006.

2) Last day for both sides to file/serve oppositions – October 30, 2006

3) Last day to file/serve reply briefs – November 6, 2006

4) Hearing date on motions – November 17, 2006 (unchanged)

This stipulated continuance will not affect any other remaining dates in the Court's July 7, 2006 Order, including the existing pretrial and trial dates.

DATED: October 3, 2006.

REED SMITH LLP


By  /s/ William R. Overend
   William R. Overend
   Attorneys for Defendant
   Forex Capital Markets LLC

No.: C 04 03746 JF (RS) — 1 —

Stipulation and [Proposed] Order Re Summary Judgment Briefing   DOCSSFO-12446297.1

DATED: October 3, 2006.

                      SOMMERS & SCHWARTZ LLP

                      By   /s/ Frank F. Sommers
                            Frank F. Sommers
                            Attorneys for Plaintiff
                            Creative Science Systems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____10/6_____, 2006.

                            JEREMY FOGEL
                            United States District Judge