1  John P. Bovich (SBN 150688)
   William Ross Overend (SBN 180209)
2  Jonah D. Mitchell (SBN 203511)                     *efiled 10/25/06
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
   Telephone:    415.543.8700
7  Facsimile:    415.391.8269

8  Eugene LeDonne (admitted *pro hac vice*)
   REED SMITH LLP
9  599 Lexington Avenue
   New York, NY  10022
10 Telephone:    212.521.5400
   Facsimile:    212.521.5450
11
   Charles von Simson (admitted *pro hac vice*)
12 Attorney at Law
   62 William Street
13 New York, NY  10005
   Telephone:    212.514.8645
14 Facsimile:    212.514.8648

15 Attorneys for Defendant and Counterclaim Plaintiff
   FOREX CAPITAL MARKETS LLC

16                 UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19
   CREATIVE SCIENCE SYSTEMS, INC., a          No.: C 04 03746 JF (RS)
20 California corporation,
                                              [PROPOSED] ORDER SEALING
21                Plaintiff,                  DOCUMENTS

22        vs.                                 Honorable Jeremy Fogel

23 FOREX CAPITAL MARKETS LLC, a Delaware
   corporation, and REFCO GROUP, LTD. LLC, a
24 Delaware corporation,

25                Defendants.

26
27 AND RELATED COUNTERCLAIMS.

28

1  Having considered Forex Capital Markets LLC's ("Forex") Administrative Motion to File

2  Documents Under Seal, as well as the Declaration of Jonah D. Mitchell submitted by Forex in

3  Support of the Request to File Documents Under Seal, the Court finds that good cause exists for an

4  order sealing documents.  Accordingly, it is HEREBY ORDERED that Exhibits K, L, N, S and U to

5  the Declaration of William R. Overend in support of Forex's Motion for Summary Judgment shall be

6  filed under seal.

7

8  **IT IS SO ORDERED.**

9

10  DATED:  _____10/24_____, 2006.

11

12

13  _____
    Honorable Jeremy Fogel

14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware