John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Telephone:   212.521.5400
Facsimile:    212.521.5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, NY  10005
Telephone:   212.514.8645
Facsimile:    212.514.8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

*efiled 10/25/06

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS) <br><br> **[PROPOSED] ORDER SEALING DOCUMENTS IN CONNECTION WITH FOREX CAPITAL MARKETS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE DAMAGES AND PROFITS** <br><br> Honorable Jeremy Fogel |

1  Having considered Forex Capital Markets LLC's ("Forex") Administrative Motion to File
2  Documents Under Seal in connection with Forex's Motion for Partial Summary Judgment Re
3  Damages and Profits, as well as the Declaration of Jonah D. Mitchell submitted by Forex in Support
4  of the Administrative Motion to File Documents Under Seal, the Court finds that good cause exists
5  for an order sealing documents.  Accordingly, it is HEREBY ORDERED that Exhibits E, F G, J, K,
6  L, Q, R, S, T, V, W, Z and HH to the Declaration of William R. Overend in support of Forex's
7  Motion for Partial Summary Judgment Re Damages and Profits shall be filed under seal.

**IT IS SO ORDERED.**

DATED: 10/24/06 , 2006.

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 04 03746 JF (RS)  – 2 –  DOCSSFO-12455830.1
[PROPOSED] ORDER SEALING DOCUMENTS IN CONNECTION WITH FOREX CAPITAL MARKETS LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT