FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
CREATIVE SCIENCE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation, <br><br> Plaintiff <br> v. <br><br> FOREX CAPITAL MARKETS, LLC, a Delaware corporation, and REFCO GROUP LTD., a Delaware corporation, <br><br> Defendants <br> _____ | Case No.: 5-04-cv-3746 JF <br><br> **ORDER (P̶r̶o̶p̶o̶s̶e̶d̶) ON PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE ERRONEOUSLY FILED CONFIDENTIAL MATERIAL AND SEAL TWO EXHIBITS** <br><br> **Judge: Jeremy Fogel** |

On motion of Plaintiff Creative Science Systems, Inc., after consideration of the motion papers, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk remove the existing copies of Exhibits B & G to the Declaration of Frank Sommers in Support of Plaintiff's Motion for Summary Adjudication filed October 17th and replace them with the Confidential Exhibit cover pages designated "Exhibit B" and "Exhibit G" attached to the Declaration of Frank Sommers in Support of Administrative Motion filed on October 19th.

- 1 -

Order on Administrative Motion to Withdraw Exhibits and Seal
Creative Science Systems, Inc. V. Forex Capital Markets, LLC, et al. Case No. CO4-03747 JF

1    IT IS FURTHER ORDERED that plaintiff file sealed copies of the two exhibits forthwith
2 for inclusion in the records of this Court.

4   Dated: October 24, 2006

```
                              _____
                              Judge Jeremy Fogel
                              US Distict Court, N.D. Cal
```