John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

*efiled 11/6/06

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:     415.543.8700
Facsimile:      415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, New York 10005
Telephone: (212) 514-8645
Facsimile: (212) 514-8648

Attorneys for Defendant and Counterclaim Plaintiff
Forex Capital Markets LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE FOREX CAPITAL MARKETS LLC'S OPPOSITION TO CREATIVE SCIENCE SYSTEMS, INC.'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Honorable Jeremy Fogel |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Having considered Forex Capital Markets LLC's ("Forex") Administrative Motion to File
2   Documents Under Seal in connection with Forex's Opposition to Creative Science Systems, Inc.'s
3   Motion for Summary Adjudication, as well as the Declaration of William R. Overend in support of
4   the Administrative Motion, the Court finds that good cause exists for an order sealing documents.
5   Accordingly, it is HEREBY ORDERED that Exhibits G, H, Q and U to the Declaration of William
6   R. Overend in Opposition to Creative Science Systems, Inc.'s Motion for Summary Adjudication
7   shall be filed under seal.

**IT IS SO ORDERED.**

DATED: ____11/6_____, 2006.

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE