*efiled 11/6/06

FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
CREATIVE SCIENCE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>    Plaintiff<br>v.<br><br>FOREX CAPITAL MARKETS, LLC, a Delaware corporation, and REFCO GROUP LTD., a Delaware corporation,<br><br>    Defendants<br>_____ | Case No.: 5-04-cv-3746 JF<br><br>**ORDER (Proposed) ON PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL 3 EXHIBITS**<br><br>**Judge: Jeremy Fogel** |

On motion of Plaintiff Creative Science Systems, Inc., after consideration of the motion papers, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk accept for filing under seal the documents identified by the Confidential Exhibit cover pages designated "Exhibit Q," Exhibit V" and

1   "Exhibit W " attached to the Declaration of Frank Sommers in Support of Administrative Motion
2   filed on October 31th.
3
4       Dated: November 6, 2006
5
6                                                   _____
7                                                   Judge Jeremy Fogel
                                                    US Distict Court, N.D. Cal

- 2 -
Order on Administrative Motion to File Exhibits Under Seal
Creative Science Systems, Inc. V. Forex Capital Markets, LLC, et al. Case No. CO4-03747 JF

3 S:\CSS\Motions\D SJ Motion\Partial re $\Opposition\Seal Opp Exhibits\Proposed Order re sealing documents for opposition.wpd