John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:    415.543.8700
Facsimile:    415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:    212.521.5400
Facsimile:    212.521.5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, NY 10005
Telephone:    212.514.8645
Facsimile:    212.514.8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

**E-filed 11/16/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>[PROPOSED] ORDER ALLOWING DEFENDANT FOREX CAPITAL MARKETS LLC TO BRING DEMONSTRATIVE EVIDENCE TO COURTROOM FOR SUMMARY JUDGMENT HEARINGS<br><br>Date:    November 17, 2006<br>Time:   9:00 a.m.<br>Place:   Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |

Defendant and Counterclaimant Forex Capital Markets LLC ("Forex") requests permission to bring certain audiovisual equipment into the Courtroom for hearings scheduled at 9:00 a.m. on November 17, 2006, regarding (1) Forex's Motion for Summary Judgment, (2) Forex's Motion for Partial Summary Judgment re Damages and Profits, and (3) Plaintiff's Motion for Summary Adjudication. The audiovisual equipment will be used to support demonstrative exhibits used by Forex during the hearing.

Forex respectfully requests access to the Courtroom at approximately 8:30 a.m., if possible, to allow it to set up the following equipment in time for the hearing:

1. 2 Laptop computers
2. a video projector
3. 2 easels
4. 1 Elmo

After consideration of Forex's request, and good cause appearing,

IT IS HEREBY ORDERED that Forex be permitted to bring the aforementioned items into the Courthouse and into this Courtroom in advance of the hearing on November 17, 2006.

IT IS SO ORDERED.

Dated: 11/16/06

By _____
Honorable Jeremy Fogel
United States District Judge