**E-filed 11/16/06**

FRANK F. SOMMERS IV, ESQ. (SBN 109012)
ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
SOMMERS & SCHWARTZ LLP
550 California Street
The Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorney for Plaintiff,
CREATIVE SCIENCE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>    Plaintiff<br>v.<br><br>FOREX CAPITAL MARKETS, LLC, a Delaware corporation, and REFCO GROUP LTD., a Delaware corporation,<br><br>    Defendants<br>_____ | Case No.: 5-04-cv-3746 JF<br><br>**ORDER (Proposed) ON PLAINTIFF'S APPLICATION FOR LEAVE TO USE DEMONSTRATIVE EXHIBITS FOR SUMMARY JUDGEMENT MOTIONS**<br><br>**Date:  November 17, 2006**<br>**Time:  9:00 a.m.**<br>**Courtroom 3, 5th Floor**<br><br>**Judge: Jeremy Fogel** |

    Plaintiff Creative Science Systems, Inc. requests permission to use flip charts and a projector connected to a laptop computer for the hearing on the summary judgement motions scheduled for November 17th.

    After consideration of plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Creative Science Systems, Inc. Be permitted to bring the

aforementioned items into the courthouse and into the this courtroom on November 17, 2006.

Dated: November 16, 2006

_____
Judge Jeremy Fogel
US District Court, N.D. Cal