John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

*efiled 11/20/06

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:   415.543.8700
Facsimile:   415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:   212.521.5400
Facsimile:   212.521.5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, NY 10005
Telephone:   212.514.8645
Facsimile:   212.514.8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS**<br><br>Honorable Jeremy Fogel |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 04 03746 JF (RS)                – 1 –                DOCSSFO-12458223.1-WOVEREND

[PROPOSED] ORDER GRANTING MOTION TO SEAL DOCUMENTS

Having considered Defendant Forex Capital Markets LLC's ("Forex") Administrative Motion to File Documents Under Seal, as well as the Declaration of William R. Overend submitted by Forex in Support of the Administrative Motion to File Documents Under Seal, the Court finds that good cause exists for an order sealing documents. Accordingly, it is HEREBY ORDERED that Exhibit C to the Supplemental Declaration of William R. Overend in support of Forex's Motion for Summary Judgment re Damages and Profits shall be filed under seal.

**IT IS SO ORDERED.**

DATED:  11/16/06

The Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE