*efiled 11/20/06

1  FRANK F. SOMMERS IV, ESQ. (SBN 109012)
   ANDREW H. SCHWARTZ, ESQ. (SBN 100210)
2  SOMMERS & SCHWARTZ LLP
   550 California Street
3  The Sacramento Tower, Suite 700
   San Francisco, California 94104
4  Telephone: (415) 955-0925
   Facsimile: (415) 955-0927
5
6  Attorney for Plaintiff,
   CREATIVE SCIENCE SYSTEMS, INC.

7

8              **UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 CREATIVE SCIENCE SYSTEMS,        )   Case No.: 5-04-cv-3746 JF
   INC., a California corporation,  )
12                                  )
13         Plaintiff               )   **ORDER (Proposed) ON PLAINTIFF'S**
                                    )   **ADMINISTRATIVE MOTION TO REPLACE**
   v.                              )   **FOUR EXHIBITS AND SEAL THREE**
14                                  )   **EXHIBITS**
15 FOREX CAPITAL MARKETS, LLC,      )
   a Delaware corporation, and REFCO )
16 GROUP LTD., a Delaware corporation, )
                                    )   **Judge: Jeremy Fogel**
17         Defendants              )
   _____ )
18

19

20

21        On motion of Plaintiff Creative Science Systems, Inc., after consideration of the motion

22 papers, and good cause appearing,

23        IT IS HEREBY ORDERED that the Clerk do the following with respect to the exhibits

24 described below to the Declaration of Frank Sommers In Opposition to Defendant's Summary

25 Judgement Motions, Filed October 30 in this matter:

26        1) Remove the electronic copy of Exhibit C from the docket, and replace it with a new

27 pdf file to be emailed by plaintiff's counsel, or otherwise replaced as the administrator shall

28 instruct plaintiff's cousnel;

- 1 -

1

2) Remove Exhibit G from the electronic docket and replace it with the Confidential

2

Cover sheet provided by plaintiff's counsel and file the sealed copy in the Court's records; and

3

3) remove the sealed copies of exhibits V & W and replace them with the new sealed

4

copies provided by plaintiff's counsel.

5

6

Dated: November __16__, 2006

7

8

_____

9

Judge Jeremy Fogel
US District Court, N.D. Cal

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Administrative Motion to Withdraw Exhibits and Seal
Creative Science Systems, Inc. V. Forex Capital Markets, LLC, et al. Case No. CO4-03747 JF