John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:   212.521.5400
Facsimile:   212.521.5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, NY 10005
Telephone:   212.514.8645
Facsimile:   212.514.8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO WITHDRAW MATERIALS FROM RECORD AND FILE MATERIALS UNDER SEAL<br><br>Honorable Jeremy Fogel |

Having considered Defendant Forex Capital Markets LLC's ("Forex") Administrative Motion to Withdraw Materials from Record and File Materials Under Seal, as well as the Declaration of William R. Overend in Support of the Administrative Motion, the Court finds that good cause exists for an order authorizing the withdrawal and sealing of certain materials.

Accordingly, it is HEREBY ORDERED that the Clerk remove from the record the existing copies of (1) Exhibit A to the October 30, 2006 Declaration of Frank Sommers in Opposition to Defendant's Motion for Summary Judgment, (2) Plaintiff's October 30, 2006 Memorandum of Points and Authorities in Opposition to Defendant's Motion for Partial Summary Judgment re Damages and Profits and (3) Plaintiff's October 30, 2006 Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment. Exhibit A to the Sommers Declaration shall be replaced with a "Highly Confidential – Attorneys' Eyes Only" manual filing notification cover page attached as Exhibit A to the Declaration of William R. Overend submitted in support the Administrative Motion. The Opposition briefs shall be replaced with the redacted Opposition briefs which are attached as Exhibits B and C to the Declaration of William R. Overend submitted in support of the Administrative Motion. In addition, the copies of Exhibit A to the Sommers Declaration and CSS' Opposition Briefs lodged under seal concurrently with the filing of this Administrative Motion shall be filed under seal.

**IT IS SO ORDERED.**

DATED: 11/27, 2006.

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE