**E-Filed 1/5/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREX CAPITAL MARKETS, LLC, et al., <br><br> Defendants. | Case Number C 04-03746 JF (RS) <br><br> ORDER[1] SCHEDULING HEARING ON MOTION FOR LEAVE TO AMEND <br><br> [re: docket no. 326] |

Plaintiff Creative Science Systems, Inc. ("CSS") requests that the Court shorten time for hearing its motion for leave to amend its first amended complaint to add a claim for promise without intent to perform. Defendant Forex Capital Markets, LLC ("Forex") opposes the motion on the grounds that CSS lacks good cause for its delay and that CSS has failed to comply with Civil Local Rule 6-3.

The Court has reviewed the papers submitted by the parties. CSS's proposed motion for

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 04-03746 JF (RS)
ORDER SCHEDULING HEARING OF MOTION FOR LEAVE TO AMEND
(JFLC1)

leave to amend does not appear in the electronic docket.[2]  Nonetheless, it is clear from Forex's papers that Forex understands the procedural steps that CSS wishes to take.  The Court has considered the arguments to the contrary, but concludes that it should adopt an abbreviated schedule for hearing the motion.

Accordingly, the Court adopts the following schedule:

- CSS shall e-file a formal notice of motion and motion for leave to amend not later than Monday, January 8, 2007.  The Court will adopt the memorandum filed

---

[2] The Court received a chambers copy of a document entitled "Plaintiff CSS' Notice of Motion and Motion for Leave to Amend its First Amended Complaint to State a Claim for Promise Without Intent to Perform."  However, no such document appears on the docket, so it would appear that it was not served on Forex.  The relevant filings by CSS are as follows:

| Date | Docket No. | Description |
| --- | --- | --- |
| 12/29/06 | 326 | Motion to Expedite Hearing on Motion to Amend, filed by Creative Science Systems, Inc. |
| 12/29/06 | 327 | Declaration in Support of 326 Motion to Expedite Hearing on Motion to Amend and in Support of Motion to Amend filed by Creative Science Systems, Inc.. <br> Ex. A:  Email dated 10/21/02, entitled "Updated Business Plan." <br> Ex. B1: Forex Capital Markets Business Plan, pp. 1-14. <br> Ex. B2: Forex Capital Markets Business Plan, pp. 15-25 <br> Ex. B3: Forex Capital Markets Business Plan, pp. 26-45 <br> Ex. C:   Facilities Management Agreement <br> Ex. D:   Proposed Second Amended Complaint |
| 12/29/06 | 328 | <u>Docket Entry</u>: "Memorandum in Support re 327 Declaration in Support, 326 Motion to Expedite Hearing on Motion to Amend and in Support of Motion to Amend filed by Creative Science Systems, Inc." <br> <u>Document Titled</u>: "Memorandum of Points and Authorities in Support of CSS Motion to Amend to State Claim for Promise Without Intent to Perform" |
| 12/29/06 | 329 | Proposed Order re 326 Motion to Expedite Hearing on Motion to Amend by Creative Science Systems, Inc. |
| 12/29/06 | 330 | Proposed Order re 328 Memorandum in Support, of Motion to Amend by Creative Science Systems, Inc. |

Case No. C 04-03746 JF (RS)
ORDER SCHEDULING HEARING OF MOTION FOR LEAVE TO AMEND
(JFLC1)

1  December 29, 2006, docket number 328, as CSS's supporting memorandum. CSS
2  may not file an additional memorandum.
3  • Forex shall file any opposition not later than Thursday, January 18, 2007.
4  • CSS shall file any reply not later than Tuesday, January 23, 2007.
5  • The Court will hear oral argument on Friday, January 26, 2007, after it hears oral
6  argument on Forex's motion to strike the expert opinion of Allan Kretz.

The case management schedule otherwise shall remain unchanged. The Court recognizes the parties' concerns about the potential impact of the present motion on existing case management dates, but concludes that such concerns may be addressed more effectively after resolution of the motion for leave to amend.

IT IS SO ORDERED.

DATED: January 5, 2007.

JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

| | |
|---|---|
| John P. Bovich | jbovich@reedsmith.com, nctuttle@reedsmith.com |
| Robert T. Cruzen | rcruzen@howardrice.com, |
| James A Daire | JDaire@ReedSmith.com, RAllen@ReedSmith.com |
| Martin R. Glick | mglick@howardrice.com, |
| Jonah D. Mitchell | jmitchell@reedsmith.com, Drothschild@reedsmith.com |
| William R. Overend | woverend@reedsmith.com, vcanton@reedsmith.com |
| Frank F. Sommers , IV | ffs@sommersschwartz.com, drh@sommersschwartz.com, ahs@sommersschwartz.com |
| Maxim H. Waldbaum | mwaldbaum@schiffhardin.com, jsanchez@schiffhardin.com |

Notice will be delivered by other means to:

Steven M. Bocknek
Schiff Hardin, LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Eugene LeDonne
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Charles von Simon
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022