John P. Bovich (SBN 150688)
William Ross Overend (SBN 180209)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:     415.543.8700
Facsimile:     415.391.8269

Eugene LeDonne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:     212.521.5400
Facsimile:     212.521.5450

Charles von Simson (admitted *pro hac vice*)
Attorney at Law
62 William Street
New York, NY 10005
Telephone:     212.514.8645
Facsimile:     212.514.8648

Attorneys for Defendant and Counterclaim Plaintiff
FOREX CAPITAL MARKETS LLC

*efiled 1/10/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE SCIENCE SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOREX CAPITAL MARKETS LLC, a Delaware corporation, and REFCO GROUP, LTD. LLC, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 04 03746 JF (RS)<br><br>~~[PROPOSED]~~ **ORDER SEALING DOCUMENTS**<br><br>Honorable Jeremy Fogel |

Left margin vertical text: REED SMITH LLP — A limited liability partnership formed in the State of Delaware

1    Having considered Defendant Forex Capital Markets LLC's ("Forex") Administrative

2  Motion to File Documents Under Seal, as well as the Declaration of William R. Overend submitted

3  by Forex in Support of the Administrative Motion to File Documents Under Seal, the Court finds

4  that good cause exists for an order sealing documents.  Accordingly, it is HEREBY ORDERED that

5  the Memorandum of Points and Authorities in Support of Defendant's Motion (1) to Exclude Expert

6  Opinion of Allan Kretz, Ph.D. Regarding Revenue Allocation and (2) to Strike Expert Declaration of

7  Dr. Kretz ("Motion to Exclude") as well as Exhibits C, D and E to the Declaration of William R.

8  Overend in support of Forex's Motion to Exclude shall be filed under seal.

9

10    **IT IS SO ORDERED.**

11

12    DATED:  ___1/5/07_____

13

14

     _____
     The Honorable Jeremy Fogel
15   UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware