\*\*E-filed 1/22/07\*\*

1  John P. Bovich (SBN 150688)
   William Ross Overend (SBN 180209)
2  Jonah D. Mitchell (SBN 203511)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Eugene LeDonne (admitted *pro hac vice*)
8  REED SMITH LLP
   599 Lexington Avenue
9  New York, NY 10022
   Telephone: (212) 521-5400
10 Facsimile: (212) 521-5450

11 Attorneys for Defendant and Counterclaimant
   Forex Capital Markets LLC

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

16 CREATIVE SCIENCE SYSTEMS, INC., a          No.: C 04 03746 JF (RS)
   California corporation,
17                                            **STIPULATION FOR VOLUNTARY
                   Plaintiff,                 DISMISSAL OF ACTION**
18      vs.

19 FOREX CAPITAL MARKETS LLC, a Delaware
   corporation, and REFCO GROUP, LTD. LLC, a
20 Delaware corporation,

21                 Defendants.

22 AND RELATED COUNTERCLAIMS.

23

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that this action and all claims and counterclaims asserted therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorney's fees and costs in connection with the above-captioned action.

DATED: January 12, 2007.

SOMMERS & SCHWARTZ LLP

By ~~Patrick F. Sommers~~ ANDREW SCHWARTZ
Attorneys for Plaintiff
Creative Science Systems, Inc.

DATED: January __, 2007.

REED SMITH LLP

By _____
William R. Overend
Attorneys for Defendant and Counterclaimant
Forex Capital Markets LLC

DATED: January __, 2007.

BINGHAM McCUTCHEN LLP

By _____
James Snell
Attorneys for Defendant and Counterclaimant
Refco Group, Ltd. LLC

No.: C 04 03746 JF (RS)                        — 1 —                      DOCSSFO-12464500.1
STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that this action and all claims and counterclaims asserted therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorney's fees and costs in connection with the above-captioned action.

DATED: January __, 2007.

SOMMERS & SCHWARTZ LLP

By_____
Frank F. Sommers
Attorneys for Plaintiff
Creative Science Systems, Inc.

DATED: January 16, 2007.

REED SMITH LLP

By /s/ Will R. Overend
William R. Overend
Attorneys for Defendant and Counterclaimant
Forex Capital Markets LLC

DATED: January __, 2007.

BINGHAM McCUTCHEN LLP

By_____
James Snell
Attorneys for Defendant and Counterclaimant
Refco Group, Ltd. LLC

No.: C 04 03746 JF (RS)   — 1 —   DOCSSFO-12464500.1

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that this action and all claims and counterclaims asserted therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorney's fees and costs in connection with the above-captioned action.

DATED: January __, 2007.

SOMMERS & SCHWARTZ LLP

By_____
Frank F. Sommers
Attorneys for Plaintiff
Creative Science Systems, Inc.

DATED: January __, 2007.

REED SMITH LLP

By_____
William R. Overend
Attorneys for Defendant and Counterclaimant
Forex Capital Markets LLC

DATED: January 18, 2007.

BINGHAM McCUTCHEN LLP

By_____
James Snell
Attorneys for Defendant and Counterclaimant
Refco Group, Ltd. LLC

IT IS SO ORDERED.

1/19/07

Judge Jeremy Fogel, US District Court

No.: C 04 03746 JF (RS) — 1 — DOCSSFO-12464500.1

STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION